# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LISA COLLINS**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:15-CV-398-VEH |
| | ) |
| **TRANS UNION, LLC, EQUIFAX INFORMATION SERVICE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., A'ARON'S SALE & LEASE OWNERSHIP, INC., and NORTH AMERICAN RECOVERY,** | ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants**. | ) |

## FINAL ORDER

The plaintiff has filed a notice that she has settled her claims against the sole remaining Defendant--Experian Information Solutions, Inc. ("Experian"). (Doc. 53 at 1). It is therefore **ORDERED, ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between all the parties in this case.

**DONE** and **ORDERED** this 1st day of February, 2016.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge
